AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 1:22-mj-0175 |
| CARL YOUNG, JR. | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  02/16/2022  in the county of  Marion  in the
Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | Possession with the Intent to Distribute Cocaine |
| 21 U.S.C. § 841(a)(1) and (b)(1)(D) | Possession with the Intent to Distribute Marijuana |
| 18 U.S.C. § 924(c) | Carrying a Firearm during and in Relation to a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

s/ David B. McDaniel
*Complainant's signature*

David B. McDaniel, TFO/ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephonic  *(reliable electronic means)*

Date: Date: 3/2/2022

City and state:  Indianapolis, IN

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR CRIMINAL COMPLAINT

1. Your Affiant, David McDaniel, is a Task Force Officer (TFO) with the federal Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a component of the United States Department of Justice, and has served in that capacity since 2008. Your Affiant is currently assigned to the Indianapolis Group I Field Office – Achilles Task Force and is charged with investigating violations of federal firearms, explosives, and arson laws, as well as offenses enumerated in Titles 18 and 26 of the United States Code. Your Affiant is a Detective for the Indianapolis Metropolitan Police Department (IMPD) and has been employed with IMPD since November 1995.

2. As a law enforcement officer, your Affiant has participated in investigations involving homicides, aggravated batteries, serious violent felons, firearms, drug trafficking, robberies, and financial crimes, among other matters. Your Affiant has also testified in judicial proceedings and prosecutions for violations of comparable state law. Your Affiant received their initial training at the Indianapolis Metropolitan Police Department Academy in 1995. Your Affiant has satisfied the minimum basic training requirements established by rules adopted by the law enforcement training board under I.C. 5-2-1-9 and described in I.C. 35-37-4-5. Your Affiant has completed Basic Detective School through the Indianapolis Police Department and has attended various narcotics trainings both locally and through the United States Department of Justice. Your Affiant has received Quarterly Firearms Training (held in Indianapolis) and yearly in-service training (held in Indianapolis).

3. This affidavit is submitted in support of a criminal complaint charging Carl Young Jr., (date of birth XX/XX/1981) with possession of a firearm by a prohibited person in violation of Title 18, United States Code, Section 922(g)(1), possession with the intent to distribute cocaine in

violation of Title 21, United States Code 841(a)(1),(b)(1)(C), possession with the intent to distribute marijuana in violation of Title 21, United States Code 841(a)(1),(b)(1)(D), and carrying a firearm during and in relation to a drug trafficking crime in violation of Title 18, United States Code 924(c).  The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

4. The information contained in the below numbered paragraphs is either personally known to your Affiant or told to your Affiant by other law enforcement officers.

5. On February 16, 2022 at approximately 12:06 a.m., Indianapolis Metropolitan Police Department (IMPD) officers were dispatched to XXXX Thaddeus St in Indianapolis, Marion County, Indiana regarding a domestic disturbance. Upon arriving, the Officer Hupp observed a black Jeep traveling in the alley just south of the residence with no lights. Immediately upon arrival, victim 1 (V1) ran out, stating that her vehicle had just been stolen by her son, Carl Young Jr.  V1 pointed to the black Jeep that Officer Hupp had viewed in the alley.

6. Young drove the Jeep from the alley and began to accelerate.  Officer Hupp, who was driving a fully marked police car, activated his emergency lights and siren and observed the Jeep driving at a high rate of speed, fail to stop at a stop sign at the intersection of Minnesota St. and State St., and struck a white 2006 Buick.  The driver (victim 2) and passenger (victim 3) of the Buick were both ejected from the vehicle.  Victim 2 was trapped under the vehicle, but officers were able to lift the vehicle to free Victim 2.  Victim 3 was ejected from the vehicle onto the sidewalk, approximately five feet from the vehicle.  Both Victim 2 and Victim 3 were transported to Eskenazi in critical condition and Victim 2 was taken into surgery due to internal bleeding.

7. After striking the Buick, Young continued to try to flee the scene of the crash. Young purposefully backed into Officer Hupp's police vehicle, striking the vehicle. Officers surrounded Young's vehicle with police vehicles and removed Young from the driver's seat of the Jeep. Young was the only occupant of the vehicle. Young had two shotgun shells on his person when he was taken into custody.

8. In the front passenger seat of the Jeep next to Young a loaded Mossberg 12 gauge pump action shotgun, numerous additional shotgun shells, a backpack containing six pounds of marijuana and twenty-six grams of crack cocaine, and packaging material were located. Based on my training and experience, the possession of six pounds of marijuana and twenty-six grams of cocaine are consistent with possession with the intent to distribute. Based on my training and experience, the possession of a loaded firearm in close proximity to distribution quantities of marijuana and cocaine is consistent with the possession of a firearm in furtherance of the drug trafficking crime(s).

9. Officers were able to speak to V1 and learned that Young had possessed the Mossberg shotgun at the residence earlier that evening, where a round was discharged into the ceiling. Officers observed a hole in the ceiling where the discharge had occurred.

10. A search warrant was obtained for the Airbag Control Module of the Jeep, which collects and stores up to five seconds of pre-crash vehicle data. That data showed the Jeep was travelling at 74 miles per hour at the time of impact. The posted speed limit where the collision occurred is 30 miles per hour.

11. The Mossberg shotgun was examined and found to have been manufactured outside the state of Indiana and had travelled in interstate commerce.

12. Young has sustained felony convictions for crimes punishable by more than one (1) year of imprisonment of which he had knowledge, including:

    a. Operating a Vehicle While Intoxicated Endangering a Person on June 21, 2021 in Marion County, Indiana under cause #49D23-2102-F6-003538,

    b. Operating a Vehicle While Intoxicated Endangering a Person and Dealing in Marijuana on June 21, 2021 in Marion County, Indiana under cause #49D23-1903-F6-010176,

    c. Operating a Vehicle While Intoxicated Endangering a Person on February 8, 2019 in Marion County, Indiana under cause # 49G15-1709-F6-037579,

    d. Battery Against a Public Safety Official on April 25, 2015 in Marion County, Indiana under cause #49G15-1504-F6-014367,

    e. Possession of Hash Oil on April 14, 2010 in Marion County, Indiana under cause # 49G14-1004-FD-030467.

## Conclusion

13. Based on the facts set forth in this affidavit, your Affiant submits that probable cause exists that on February 16, 2022, in the Southern District of Indiana, Carl Young Jr. committed the offenses of possession of a firearm by a prohibited person in violation of Title 18, United States Code, Section 922(g)(1), possession with the intent to distribute cocaine in violation of Title 21, United States Code 841(a)(1),(b)(1)(C), possession with the intent to distribute marijuana in violation of Title 21, United States Code 841(a)(1),(b)(1)(D), and carrying a firearm during and in relation to a drug trafficking crime in violation of Title 18, United States Code 924(c). I respectfully request this Court issue a Criminal Complaint for Young accordingly, along with a warrant for his arrest.

s/ David B. McDaniel
David B. McDaniel, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn to me, pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), by reliable electronic means.

Date: 3/2/2022

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana