UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| V. | ) ) CAUSE NO. 1:22-mj-0175 |
| CARL YOUNG, JR., | ) ) ) |
| Defendant. | ) ) |

O R D E R

This matter comes before the Court upon the United States of America's Petition for a Writ of Habeas Corpus Ad Prosequendum requiring the presence of Carl Young, Jr., Date of Birth XX/XX/1981, Social Security Number XXX-XX-4982, now confined at the Marion County Jail, Indianapolis, Indiana, in the custody of the Warden, before a Magistrate Judge for the United States District Court, Southern District of Indiana, at Indianapolis, Indiana, and to remain in the custody of the United States for all other necessary proceedings in this case. The Court being sufficiently advised, SUSTAINS said petition and GRANTS the same, and ORDERS that the Clerk issue the proper writ or order to compel such attendance under safe conduct, as provided by law.

Dated this 7th day of March, 2022.

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:
Pamela S. Domash
Assistant United States Attorney
Office of the United States Attorney
10 W. Market St., Suite 2100
Indianapolis, Indiana 46204-3048

Office of the United States Marshal
Room 226, United States Courthouse
46 East Ohio Street
Indianapolis, Indiana  46204