UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.   1:22-mj-0175 |
| | ) | |
| CARL YOUNG, JR., | ) | - 01 |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)
      Southern District of Indiana

GREETINGS: We command that you have the presence of CARL YOUNG, JR., DOB XX/XX/1981, Social Security Number XXX-XX-4982, now confined at the Adult Detention Center, 2960 Prospect Street, Indianapolis, Indiana 46203 in the custody of the Sheriff, under safe and secure conduct before the Judge of our District within and for the Southern District of Indiana, forthwith, to answer the prosecution now pending against him in said Court and after the proceedings in his case, the defendant shall be returned to the aforesaid institution under safe and secure conduct, and have you then and there this writ.

WITNESS THE HONORABLE TIM A. BAKER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA, and the seal of said Court this date, March 7, 2022.



*CLERK OF COURT, Roger A.G. Sharpe*

BY: _____
    *Deputy Clerk*