AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

**FILED**

for the

Southern District of Indiana

**MAR 1 4 2022**

**U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA**

United States of America
v.

CARL YOUNG, JR.

_____
*Defendant*

)
)
)
)
)
)
)

Case No.    1:22-mj-0175

## ARREST WARRANT

To:     Any authorized law enforcement officer

     **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Carl Young, Jr. _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Count 1: Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).
Count 2: Possession with the Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).
Count 3: Possession with the Intent to Distribute Marijuana, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(D).
Count 4: Carrying a Firearm during and in Relation to a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c).

Date: _____
Date: 3/2/2022

City and state:     Indianapolis, IN _____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

---

### Return

This warrant was received on *(date)* 03-14-2022 , and the person was arrested on *(date)*  03-14-2022
at *(city and state)*  INDIANAPOLIS, IN .

Date: 03-14-2022

_____
*Arresting officer's signature*

DAVID MCDANIEL TFO
*Printed name and title*