UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:22-mj-0175 |
| | ) | |
| CARL YOUNG, JR., | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR MARCH 14, 2022**
**HONORABLE PAUL R. CHERRY, MAGISTRATE JUDGE**

The parties appear for an initial appearance on the Complaint filed on March 2, 2022. Defendant appeared in person and by FCD counsel William Dazey. Government represented by AUSA Kendra Klump for AUSA Pamela Domash. USPO represented by Courtney Ratzlaff.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the complaint.

Preliminary hearing scheduled for **March 23, 2022 at 2:00 p.m. in courtroom 270.**

Government moved for pretrial detention. The defendant was brought before the Court on a Writ of Habeas Corpus Ad Prosequendum. [Dkt. 7.] Parties were instructed to bring the issue of pretrial detention/release to the attention of the Court if the issue becomes ripe.

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner

may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Defendant remanded to the custody of the U.S. Marshals pending further proceedings before the court.

Date:  3/14/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:
all ECF-registered counsel of record via email generated by the court's ECF system